**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUPERKITE PTY LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) CASE NO. 12-CV-7754 | |
| ROSS B. GLICKMAN, ) | |
| ) Hon. Sharon Coleman Johnson | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| ROSS B. GLICKMAN, URBAN HAYMAN ) | |
| MANAGEMENT, LLC, URBAN HAYMAN ) | |
| HOLDINGS, LLC, and URBAN HAYMAN JV, LLC, ) | |
| ) | |
| Proposed Counter-Plaintiffs, ) | |
| Proposed Third-Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SUPERKITE PTY LTD., HAYMAN PRIVATE ) | |
| EQUITY, LLC, HAYMAN PRIVATE EQUITY ) | |
| AUSTRALIA (PTY), LTD., ROLAND HUSNER a/k/a ) | |
| ROLAND FRANK BLEYER, ANDREW BACIK, ) | |
| JAMES NAPOLI, CHRISTOPHER DIETERICH, ) | |
| ROBERT MASUD, and JOHN STAMMERS, ) | |
| ) | |
| Counter-Defendant, ) | |
| Proposed Third-Party Defendants. ) | |
| _____ ) | |

**THIRD-PARTY DEFENDANTS'
MOTION TO DISMISS AMENDED THIRD-PARTY COMPLAINT
<u>PURSUANT TO FED. R. CIV. P. 12(B)(2)</u>**

Third-party defendants Robert Masud ("Masud"), Christopher Dieterich ("Dieterich"), and Andrew Bacik ("Bacik") (collectively, "Movants"), pursuant to Fed. R. Civ. P. 12(b)(2), respectfully move the Court to enter an order dismissing the third-party complaint (titled "Counter-Complaint") filed herein by defendant Ross B. Glickman ("Glickman") for lack of personal

jurisdiction over Movants on the grounds that the Court does not have either general or specific jurisdiction over Movants in this matter .

In support of this Motion, Movants submit the accompanying Memorandum In Support of Third-Party Defendants' Motion To Dismiss Amended Third-Party Complaint Pursuant to Fed. R. Civ. P. 12(b)(2).

WHEREFORE, Movants respectfully request that their Motion to Dismiss be granted and that the Court grant any other relief to which Movants may be entitled.

Dated:  March 13, 2013				Respectfully submitted,


						  /s/ Daniel  J. Becka
						Daniel J. Becka



Daniel J. Becka, Esq.
LAW OFFICES OF DANIEL J. BECKA, LLC
30 North LaSalle Street, Suite 3010
Chicago, Illinois  60602
(312) 646-1092
Fax: (312) 278-2455
email: dan@dbeckalaw.com

*Attorneys for Hayman Private Equity, LLC,*
*Hayman Private Equity Australia Pty Limited,*
*Andrew Bacik, Christopher Dieterich, and Robert Masud.*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a copy of the foregoing **Third-Party Defendants' Motion To Dismiss Amended Third-Party Complaint Pursuant to Fed. R. Civ. P. 12(b)(2)** was served upon the named parties with the Clerk of the Court using CM/ECF which will automatically send e-mail notification of such filing to all attorneys of record in this action, effectuating service in accordance with Local Rule 5.9 on the **31st** day of **May, 2013.**

    /s/ Daniel J. Becka

Daniel J. Becka, Esq.
LAW OFFICES OF DANIEL J. BECKA, LLC
30 North LaSalle Street, Suite 3010
Chicago, Illinois 60602
(312) 646-1092
Fax: (312) 278-2455
email: dan@dbeckalaw.com

*Attorneys for Hayman Private Equity, LLC,*
*Hayman Private Equity Australia Pty Limited,*
*Andrew Bacik, Christopher Dieterich, and Robert Masud.*